NUMBER 13-07-510-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


IN THE MATTER OF A.C., A JUVENILE


_________________________________________________________


On Appeal from the Juvenile Court of Live Oak County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Vela


Memorandum Opinion Per Curiam


 Appellant, A.C., a juvenile, perfected an appeal from a judgment entered by the
156th District Court of Live Oak County, Texas, in trial court cause number L-07-0002-JV. 
Appellant, by and through his attorney, has filed a motion to dismiss the appeal. 

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED. Having dismissed the appeal at appellant's request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and

filed this the 10th_day of January, 2008.